1  **David N. Salmon, Esq.**
   Nevada Bar No. 7168
2  **DAVID SALMON & ASSOCIATES, Inc.**
   7495 W. Azure Dr., Suite 102
3  Las Vegas, Nevada 89130
   Phone (702) 382-9696
4  *Counsel for Plaintiff*

5              **UNITED STATES DISTRICT COURT**
               **FOR THE DISTRICT COURT OF NEVADA**
6

7  WILLIAM EDDINS JR, an individual,    )   CASE No.: 2:24-CV-01680-EJY
                                         )
8              Plaintiff,                )
                                         )
9  vs.                                   )   **STIPULATION AND ORDER TO**
                                         )   **DISMISS, WITH PREJUDICE**
10 NELLOWE LIMITED PARTNERSHIP, a        )
   limited liability company; DOE        )
11 INDIVIDUALS 1-20, and ROE             )
   CORPORATIONS 21-40,                   )
12                                       )
               Defendants.                )

13

14      IT IS HERBY STIPULATED AND AGREED by and between Plaintiff, <u>WILLIAM

15 EDDINS JR</u>, and Defendant, NELLOWE LIMITED PARTNERSHIP, by and through their

16 respective counsel, if applicable, that all potential claims and claims presently pending in this

17 matter be dismissed, with prejudice, each party to bear its own legal fees and expenses.

18      The scheduling order is as follows:

19      Discovery Cut-Off Date: May 8th, 2025

20      Disclose Rebuttal Experts: April 8th, 2025

21      Dispositive Motions: June 6th, 2025

22      Pretrial Order: July 7th, 2025

23

24

-1-

1 | The parties stipulate and agree that the above-referenced dates, as well as any remaining dates,
2 | be vacated and that the case be closed.
3 |     IT IS SO STIPULATED AND AGREED.
4 | Date: 3-14-25                        Date March 17, 2025
5 | DAVID SALMON & ASSOCIATES, INC.
6 | _____           _____
    David N. Salmon (7168)                JOHN T. WENDLAND, ESQ. (7207)
7 | 7495 W. Azure Dr., Suite 102         SCOTT P. KELSEY, ESQ (7770)
    Las Vegas, Nevada 89130            861 Coronado Center Dr. Suite 231
8 | (702) 382-9696                            Henderson, NV 89052
    *Attorneys for Plaintiffs*                Telephone: (702) 314-1905
9 |                                             *Attorney for Defendant*
10 |
11 |     IT IS SO ORDERED.
12 |     Dated this 17th day of March, 2025.
13 |
14 |                                           UNITED STATES MAGISTRATE JUDGE
15 |
16 | Submitted by:
    DAVID SALMON & ASSOCIATES, INC.
17 |
18 | _____
    David N. Salmon (7168)
19 | 7495 W. Azure Dr., Suite 102
    Las Vegas, Nevada 89130
    (702) 382-9696
20 | *Attorneys for Plaintiff*
21 |
22 |
23 |
24 |